UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORDEN CO. (PTE) LTD., A Singapore Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MINH FUNG GINSENG & TEA, INC., A California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS. | Case No.  CV09-7469 GW (AGRx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the parties' Stipulated Protective Order, and good cause appearing, states:

IT IS HEREBY ORDERED:

The parties shall comply with all terms and conditions set forth in the Stipulated Protective Order filed with the Court on August 23, 2010.

**IT IS SO ORDERED.**

Dated: September 14, 2010

_____
Hon. Alicia G. Rosenberg

**PROOF OF SERVICE**
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071, which is located in the county where any non-personal service described below took place.

On September 14, 2010, a copy of the following document(s):

**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**

was served on:

Thomas Chan, Esq.
Steven Hanagami, Esq.
CHAN LAW GROUP LLP
1055 West Seventh Street, Suite 1880
Los Angeles CA 90017
Telephone: (213) 624-6560
Facsimile: (213) 624-1154
*Thomas.chan@chanlaw.com*
*Steven.Hanagami@chanlaw.com*

Service was accomplished as follows.

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **E-MAIL** I caused the document(s) to be scanned and E-mailed to E-mail addresses set forth above.

☒ **By Electronic Means.** On the above date, I filed the above-mentioned document(s) by electronic means with the Court. As such, the Court electronically mailed such document(s) to the parties noted above, whose electronic mail address is set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 14, 2010, at Los Angeles, California.

*/s/ Phannie H. Tsui*
Phannie H. Tsui